1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7



FILED
FEB 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   NO. 1:11-CR-00052-LJO
                                   )
12              Plaintiff,         )   EX PARTE APPLICATION AND
                                   )   [PROPOSED] ORDER TO UNSEAL
13       v.                        )   INDICTMENT AS TO DEFENDANT
                                   )   VIENGKAM ONLY
14  KAY VIENGKAM,                  )
                                   )
15              Defendant.         )
    _____ )
16

17       COMES NOW THE UNITED STATES OF AMERICA appearing through the
18  undersigned Assistant United States Attorney and moves this
19  Honorable Court for an order unsealing the Indictment as to
20  defendant VIENGKAM only in the above-referenced case.
21       Defendant VIENGKAM was arrested in the Northern District of
22  Texas and is making an appearance in their court.  The indictment
23  as to this defendant only needs to be unsealed and provided to the
24  court and counsel.  Unsealing the entire indictment would
25  potentially compromise the investigation.
26       IT IS HEREBY REQUESTED that this court order that the
27  indictment as to the above-named defendant only be unsealed and
28  //

that a redacted copy be provided to the court and counsel.

DATED: February 8, 2011

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Laurel J. Montoya
                                      Assistant U.S. Attorney

### ORDER

Upon application of the United States, and good cause having been shown therefor,

IT IS HEREBY ORDERED that the Indictment, bearing case number 1:11-CR-00052-LJO, is hereby ordered unsealed as to defendant VIENGKAM only and that a redacted copy be provided to the court and counsel.

DATE: 2/8/11

                                      United States Magistrate Judge