(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Kay Viengkham

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO:   1:11-CR-00052 LJO |
| ) | |
| Plaintiff, ) | **DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE PURSUANT TO RULE 43(c) AND ORDER** |
| ) | |
| v. ) | |
| ) | |
| KAY VIENGKHAM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, Kay Viengkham, waives her right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial., when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, Harry M. Drandell, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set

1 | times and delays under the Act without Defendant being present.

2 | Dated: May 2, 2011                    /s/ Kay Viengkham

3 |                                        KAY VIENGKHAM

5 | Dated: May 2, 2011                    /s/ Harry M. Drandell

6 |                                        HARRY M. DRANDELL,
Attorney for Defendant, Kay Viengkham

10 | **ORDER**

11 | IT IS SO ORDERED.

12 | **Dated:   May 2, 2011**                       /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE