# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:11-CR-00052 LJO |
| Plaintiff, | ORDER FROM EX PARTE, IN CAMERA REVIEW |
| v. | |
| BOUNSOU VORASANE, KAY VIENGKHAM, | |
| Defendants. | |
| _____/ | |

The Court has received (Ex Parte) and reviewed (In Camera) the Court Order dated May 26, 2011 from Fresno County Superior Court Judge Jonathan Conklin concerning documents that he had ordered sealed. A review of the Order makes it clear that:

1. documents were ordered sealed at the outset of the case;

2. there is no indication that there was a subsequent unsealing order;

3. the Order does nothing more than to allow the Assistant U.S. Attorney to follow any Order the Federal Court deems proper to issue concerning disclosure.

In sum, the issue which has been raised orally and on-the-record by Defense Counsel for Defendant Vorasane is appropriately determined in a timely-filed and legally-sound formal motion. The Court has already provided all counsel with such dates at the hearing on August 12, 2011 as follows:

Motion to be filed no later than September 9, 2011;

Response due no later than September 30, 2011;

Hearing date is set for October 7, 2011 at 10:30 a.m.

IT IS SO ORDERED.

**Dated:   August 23, 2011**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE