BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
YASIN MOHAMMED
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>BOUNSOU VORASANE, and<br>KAY VIENGHAM,<br><br>    Defendants. | 01:11-CR-00052 MCE<br><br>ORDER SEALING GOVERNMENT'S *IN CAMERA* SUBMISSION<br><br>Honorable Chief District Judge Morrison C. England |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Yasin Mohammed, and Kathleen A. Servatius, Assistant United States Attorneys, requested permission to file an unredacted copy of the sealed portion of the search warrant affidavits involved in the search of 3388 N. Cornelia (Exhibit A) and 6664 W. Faimont (Exhibit B), Fresno, California under seal.

///

///

///

///

///

///

1

Good cause appearing, IT IS ORDERED that the Government's *In Camera* Submission of the unredacted copies of the sealed portions of the search warrant affidavits involved in the search of 3388 N. Cornelia and 6664 W. Faimont, Fresno, California shall be filed **Under Seal** and shall not be disclosed until further order of the Court.

Date: July 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT