**HARRY M. DRANDELL #109293**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, KAY VIENGKHAM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00052-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| KAY VIENGKHAM, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, with the support of Ms. Viengkham's supervising probation officer in the State of Iowa, Southern District of Iowa, Nick Davis, stipulate that the term of supervised release, which commenced on or about July 1, 2016, for a period of 48 months, be terminated at this time based on Ms. Viengkham's full compliance with the terms of her release, in having completed more than two-thirds of her supervision period.

The probation officer's support for the agreed to early termination, and the reasons therefore, were conveyed to defense counsel via email on May 8, 2019, which email was then forwarded on to the Government.

///

///

1

| | | | |
|---|---|---|---|
| 1 | Dated: June 11, 2019. | By | /s/ Harry M. Drandell |
| 2 | | | HARRY M. DRANDELL |
| | | | Attorney for Defendant, |
| 3 | | | KAY VIENGKHAM |
| 4 | Dated: June 11, 2019. | By | /s/ Kathleen A. Servatius |
| | | | KATHLEEN A. SERVATIUS |
| 5 | | | United States Attorney |

**ORDER**

The court having reviewed and considered the stipulation of the parties and GOOD CAUSE appearing, the term of supervised release imposed when the defendant was sentenced, is terminated upon the filing of this stipulation and order.

IT IS SO ORDERED.

Dated: June 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE